585 A.2d 345

STATE OF NEW JERSEY v. DONALD JORDAN.

July 10, 1990.

Petition for certification denied. (See 240 *N.J.Super.* 115, 572 *A.*2d 676)

585 A.2d 345

STATE OF NEW JERSEY v. LEONARD CRARY, JR.

July 10, 1990.

Petition for certification denied.

585 A.2d 345

STATE OF NEW JERSEY v. NELSON BRADLEY.

July 10, 1990.

Petition for certification denied.

585 A.2d 346

STATE OF NEW JERSEY v. W.G.

July 10, 1990.

Petition for certification denied.